CYNTHIA L. MELLEMA (State Bar No. 122798)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FARRUGIA<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. C 07-0212 WHA<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this Action should be DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: ~~May ___ 2007~~ December 13, 2007

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By_____
CYNTHIA MELLEMA
KIMBERLY DE HOPE

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

CASE No. C 07-0212 WHA          1          REQUEST FOR DISMISSAL WITH PREJUDICE

1
2  Dated: December 1, 2007

LAW OFFICES OF JOHN N. FRYE

By _____
JOHN N. FRYE

Attorneys for Plaintiff
CHARLES FARRUGIA

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Date: December 14, 2007.

27284232\V-1

_____
Hon. William H. Alsup

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000